DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020

0940 1411-6928
ORG: 0400 Home Health Aide
EE ID: 8181    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Employee ID:** 8181

**Home Department:** 400 Home Health Aide

**Pay Period:** 06/23/25 to 07/06/25
**Check Date:** 07/11/25    **Check #:** 32053

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4085.34 |
| Chkg 097 | 1378.15 | 18582.09 |
| **NET PAY** | **1378.15** | **22667.43** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | 40.0000 | 14.0000 | 560.00 | 560.0000 | 7880.00 |
| | Regular Wk 2 | 32.0000 | 14.0000 | 448.00 | 552.0000 | 7768.00 |
| | Retro Pay | | | | 80.0000 | 1120.00 |
| | Holiday 1.5 | 8.0000 | 21.0000 | 168.00 | 8.0000 | 168.00 |
| | Overtime Wk 1 | 8.0000 | 21.0000 | 168.00 | 142.0000 | 2994.00 |
| | Overtime Wk 2 | 8.0000 | 21.0000 | 168.00 | 138.5000 | 2919.75 |
| | Retro OT | | | | 48.0000 | 1008.00 |
| | Personal/Sick | | | | 32.0000 | 448.00 |
| | Vacation | | | | 40.0000 | 560.00 |
| | **Total Hours** | 96.0000 | | | 1600.5000 | |
| | **Total Hrs Worked** | 96.0000 | | | | |
| | **Gross Earnings** | | | 1512.00 | | 24865.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 93.75 | 1541.68 |
| Medicare | | 21.92 | 360.55 |
| Fed Income Tax | SMS  No | | |
| PA Income Tax | No Withholding | | |
| PA Unemploy | | 1.06 | 17.42 |
| PA BENSA-Buc In | | 15.12 | 248.67 |
| PA LBENB-Buc L | | 2.00 | 30.00 |
| **TOTAL** | | **133.85** | **2198.32** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1378.15 | 22667.43 |

Payrolls by Paychex, Inc.
0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020

0940 1411-6928
ORG: 400 Home Health Aide
EE ID: 8181    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Employee ID:** 8181

**Home Department:** 400 Home Health Aide

**Pay Period:** 07/07/25 to 07/20/25
**Check Date:** 07/25/25    **Check #:** 32528

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4085.34 |
| Chkg 097 | 1327.03 | 19909.12 |
| **NET PAY** | **1327.03** | **23994.46** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | 40.0000 | 14.0000 | 560.00 | 600.0000 | 8440.00 |
| | Regular Wk 2 | 40.0000 | 14.0000 | 560.00 | 592.0000 | 8328.00 |
| | Retro Pay | | | | 80.0000 | 1120.00 |
| | Overtime Wk 1 | 8.0000 | 21.0000 | 168.00 | 150.0000 | 3162.00 |
| | Overtime Wk 2 | 8.0000 | 21.0000 | 168.00 | 146.5000 | 3087.75 |
| | Holiday 1.5 | | | | 8.0000 | 168.00 |
| | Retro OT | | | | 48.0000 | 1008.00 |
| | Personal/Sick | | | | 32.0000 | 448.00 |
| | Vacation | | | | 40.0000 | 560.00 |
| | **Total Hours** | 96.0000 | | | 1696.5000 | |
| | **Total Hrs Worked** | 96.0000 | | | | |
| | **Gross Earnings** | | | 1456.00 | | 26321.75 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 90.27 | 1631.95 |
| Medicare | | 21.12 | 381.67 |
| Fed Income Tax | SMS No | | |
| PA Income Tax | No Withholding | | |
| PA Unemploy | | 1.02 | 18.44 |
| PA BENSA-Buc In | | 14.56 | 263.23 |
| PA LBENB-Buc L | | 2.00 | 32.00 |
| **TOTAL** | | **128.97** | **2327.29** |

| **NET PAY** | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1327.03 | 23994.46 |

Payrolls by Paychex, Inc.
0940 1411-6928 Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020

1411-6928
ORG: 0400 Home Health Aide
EE ID: 8181    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Employee ID:** 8181

**Home Department:** 400 Home Health Aide

**Pay Period:** 07/21/25 to 08/03/25
**Check Date:** 08/08/25    **Check #:** 33012

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4085.34 |
| Chkg 097 | 1327.04 | 21236.16 |
| **NET PAY** | **1327.04** | **25321.50** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | 40.0000 | 14.0000 | 560.00 | 640.0000 | 9000.00 |
| | Regular Wk 2 | 40.0000 | 14.0000 | 560.00 | 632.0000 | 8888.00 |
| | Retro Pay | | | | 80.0000 | 1120.00 |
| | Overtime Wk 1 | 8.0000 | 21.0000 | 168.00 | 158.0000 | 3330.00 |
| | Overtime Wk 2 | 8.0000 | 21.0000 | 168.00 | 154.5000 | 3255.75 |
| | Holiday 1.5 | | | | 8.0000 | 168.00 |
| | Retro OT | | | | 48.0000 | 1008.00 |
| | Personal/Sick | | | | 32.0000 | 448.00 |
| | Vacation | | | | 40.0000 | 560.00 |
| | **Total Hours** | 96.0000 | | | 1792.5000 | |
| | **Total Hrs Worked** | 96.0000 | | | | |
| | **Gross Earnings** | | | 1456.00 | | 27777.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 90.27 | 1722.22 |
| Medicare | | 21.11 | 402.78 |
| Fed Income Tax | SMS  No | | |
| PA Income Tax | No Withholding | | |
| PA Unemploy | | 1.02 | 19.46 |
| PA BENSA-Buc In | | 14.56 | 277.79 |
| PA LBENB-Buc L | | 2.00 | 34.00 |
| **TOTAL** | | **128.96** | **2456.25** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1327.04 | 25321.50 |

Payrolls by Paychex, Inc.
0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA  19020 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020

1411-6928
ORG: 0400 Home Health Aide
EE ID: 8181    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Employee ID:** 8181

**Home Department:** 400 Home Health Aide

**Pay Period:** 08/04/25 to 08/17/25
**Check Date:** 08/22/25   **Check #:** 33489

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4085.34 |
| Chkg 097 | 1327.04 | 22563.20 |
| **NET PAY** | **1327.04** | **26648.54** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | 40.0000 | 14.0000 | 560.00 | 680.0000 | 9560.00 |
| | Regular Wk 2 | 40.0000 | 14.0000 | 560.00 | 672.0000 | 9448.00 |
| | Retro Pay | | | | 80.0000 | 1120.00 |
| | Overtime Wk 1 | 8.0000 | 21.0000 | 168.00 | 166.0000 | 3498.00 |
| | Overtime Wk 2 | 8.0000 | 21.0000 | 168.00 | 162.5000 | 3423.75 |
| | Holiday 1.5 | | | | 8.0000 | 168.00 |
| | Retro OT | | | | 48.0000 | 1008.00 |
| | Personal/Sick | | | | 32.0000 | 448.00 |
| | Vacation | | | | 40.0000 | 560.00 |
| | **Total Hours** | 96.0000 | | | 1888.5000 | |
| | **Total Hrs Worked** | 96.0000 | | | | |
| | **Gross Earnings** | | | 1456.00 | | 29233.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 90.27 | 1812.49 |
| Medicare | | 21.11 | 423.89 |
| Fed Income Tax | SMS   No | | |
| PA Income Tax | No Withholding | | |
| PA Unemploy | | 1.02 | 20.48 |
| PA BENSA-Buc In | | 14.56 | 292.35 |
| PA LBENB-Buc L | | 2.00 | 36.00 |
| **TOTAL** | | **128.96** | **2585.21** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1327.04** | **26648.54** |

0940 1411-6928 Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020

1411-6928
ORG: 0400 Home Health Aide
EE ID: 8181    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

**NON-NEGOTIABLE**

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Employee ID:** 8181

**Home Department:** 400 Home Health Aide

**Pay Period:** 08/18/25 to 08/31/25
**Check Date:** 09/05/25    **Check #:** 33966

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4085.34 |
| Chkg 097 | 1307.87 | 23871.07 |
| **NET PAY** | **1307.87** | **27956.41** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | 40.0000 | 14.0000 | 560.00 | 720.0000 | 10120.00 |
| | Regular Wk 2 | 40.0000 | 14.0000 | 560.00 | 712.0000 | 10008.00 |
| | Retro Pay | | | | 80.0000 | 1120.00 |
| | Overtime Wk 1 | 8.0000 | 21.0000 | 168.00 | 174.0000 | 3666.00 |
| | Overtime Wk 2 | 7.0000 | 21.0000 | 147.00 | 169.5000 | 3570.75 |
| | Holiday 1.5 | | | | 8.0000 | 168.00 |
| | Retro OT | | | | 48.0000 | 1008.00 |
| | Personal/Sick | | | | 32.0000 | 448.00 |
| | Vacation | | | | 40.0000 | 560.00 |
| | **Total Hours** | 95.0000 | | | 1983.5000 | |
| | **Total Hrs Worked** | 95.0000 | | | | |
| | **Gross Earnings** | | | 1435.00 | | 30668.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 88.97 | 1901.46 |
| Medicare | | 20.81 | 444.70 |
| Fed Income Tax | SMS No | | |
| PA Income Tax | No Withholding | | |
| PA Unemploy | | 1.00 | 21.48 |
| PA BENSA-Buc In | | 14.35 | 306.70 |
| PA LBENB-Buc L | | 2.00 | 38.00 |
| **TOTAL** | | 127.13 | 2712.34 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1307.87 | 27956.41 |

Payrolls by Paychex, Inc.
0940 1411-6928 Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020

1411-6928
ORG: 400 Home Health Aide
EE ID: 8181    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION

Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
Employee ID: 8181

Home Department: 400 Home Health Aide

Pay Period: 09/01/25 to 09/14/25
Check Date: 09/19/25    Check #: 34442

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 4085.34 |
| Chkg 579 | 994.78 | 994.78 |
| Chkg 097 | 0.00 | 23871.07 |
| **NET PAY** | **994.78** | **28951.19** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | 39.0000 | 14.0000 | 546.00 | 759.0000 | 10666.00 |
| | Regular Wk 2 | 39.0000 | 14.0000 | 546.00 | 751.0000 | 10554.00 |
| | Retro Pay | | | | 80.0000 | 1120.00 |
| | Holiday 1.5 | | | | 8.0000 | 168.00 |
| | Overtime Wk 1 | | | | 174.0000 | 3666.00 |
| | Overtime Wk 2 | | | | 169.5000 | 3570.75 |
| | Retro OT | | | | 48.0000 | 1008.00 |
| | Personal/Sick | | | | 32.0000 | 448.00 |
| | Vacation | | | | 40.0000 | 560.00 |
| | **Total Hours** | 78.0000 | | | 2061.5000 | |
| | **Total Hrs Worked** | 78.0000 | | | | |
| | **Gross Earnings** | | | 1092.00 | | 31760.75 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.71 | 1969.17 |
| Medicare | | 15.83 | 460.53 |
| Fed Income Tax | SMS No | | |
| PA Income Tax | No Withholding | | |
| PA Unemploy | | 0.76 | 22.24 |
| PA BENSA-Buc In | | 10.92 | 317.62 |
| PA LBENB-Buc L | | 2.00 | 40.00 |
| **TOTAL** | | **97.22** | **2809.56** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 994.78 | 28951.19 |

Payrolls by Paychex, Inc.

0940 1411-6928 Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020 • (215) 808-0089