United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Sheri E Johnson
    Debtor

Case No. 25-14098-djb

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2

Date Rcvd: Jul 30, 2026

User: admin

Form ID: 155

Page 1 of 3

Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri E Johnson, 21 Goodrock Road, Levittown, PA 19057-3418 |
| 15075982 | + | MIDFIRST BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15059269 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15061043 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15061271 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 31 2026 02:03:59 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15059275 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Ally Financial, PO Box 8143, Cockeysville, MD 21030-8143 |
| 15059276 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 31 2026 02:02:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15059273 | | Email/Text: megan.harper@phila.gov | Jul 31 2026 02:02:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15059274 | + | Email/Text: bankruptcy@philapark.org | Jul 31 2026 02:02:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15059277 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 31 2026 02:14:19 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15059278 | | Email/Text: Bankruptcy@ICSystem.com | Jul 31 2026 02:02:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 15059266 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 02:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15062629 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15059279 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:15 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15081898 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 31 2026 02:03:53 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15075611 | ^ | MEBN | Jul 31 2026 01:58:18 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Jul 30, 2026 | Form ID: 155 | Total Noticed: 31

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-1541 |
| 15059282 | | Email/Text: ml-ebn@missionlane.com | Jul 31 2026 02:02:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 15076989 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 02:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15059281 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 31 2026 02:02:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15084374 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 31 2026 02:45:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15059267 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2026 02:02:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15059270 | ^ | MEBN | Jul 31 2026 01:58:34 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15059272 | + | Email/Text: bankruptcy@philapark.org | Jul 31 2026 02:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15063354 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2026 02:02:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15083270 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 31 2026 02:04:02 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15059284 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15059285 | ^ | MEBN | Jul 31 2026 01:58:27 | Telecom Selfreported, PO Box 4500, Allen, TX 75013-1311 |
| 15059271 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 31 2026 02:02:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15059268 | ^ | MEBN | Jul 31 2026 01:58:14 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15059943 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 31 2026 02:03:59 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15064299 | + | Email/Text: EBN@edfinancial.com | Jul 31 2026 02:02:00 | US Department of Education, 120 N. Seven Oaks Dr, Knoxville, TN 37922-2359 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15059280 | | Midland Credit Management Inc |
| 15059283 | | Synchrony Bank |
| 15077238 | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15060075 | *P++ | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA PA 19107-3126, address filed with court:, U.S. Department of Housing and Urban Development,, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2                                    User: admin                                    Page 3 of 3

Date Rcvd: Jul 30, 2026                                Form ID: 155                                   Total Noticed: 31

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRAD J. SADEK | on behalf of Debtor Sheri E Johnson brad@sadeklaw.com<br>bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                   )
   Sheri E Johnson            )         Case No. 25–14098–djb
                        )
                        )
   Debtor(s).               )         Chapter: 13
                        )
                        )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 30, 2026                     For The Court

                                       Derek J Baker
                                         Judge, United States Bankruptcy Court